[Crim. No. 1979. First Appellate District, Division One.—July 30, 1937.]

In the Matter of the Application of AUBREY GROSSMAN for and on Behalf of TONY CARDENELLI for a Writ of Habeas Corpus.

Gladstein, Grossman and Margolis for Petitioner.

No appearance for Respondent.

THE COURT.— The petition is denied on the authority of *In re Kolbe,* 139 Cal. App. 239 [33 Pac. (2d) 840]; *Ex parte Buckley,* 105 Cal. 123 [38 Pac. 686]; 13 Cal. Jur. 264.